COURT OF APPEALS
SECOND
DISTRICT OF TEXAS
FORT WORTH
NO. 2-02-348-CV
 
TSCA 230, LTD.           
           
           
           
           
        APPELLANT
V.
ABRAMS CENTRE NATIONAL       
           
           
           
          
APPELLEES
BANK, SILK MARKET L.L.C.,
AND SILK CITY, INC.
----------
FROM THE 153
RD DISTRICT COURT OF
TARRANT COUNTY
----------
MEMORANDUM
OPINION(1)
AND JUDGMENT
----------
We have considered appellant's
"Motion To Dismiss Appeal." It is the court's opinion that the motion
should be granted; therefore, we dismiss the appeal. See TEX.
R. APP. P. 42.1(a)(1), 43.2(f).
Appellant shall pay all costs of this appeal, for which let execution
issue. See Tex. R. App. P. 42.1(d).
 
                                                                   
PER CURIAM
 
PANEL D: HOLMAN, GARDNER, and WALKER, JJ.
DELIVERED: April 3, 2003

1. See Tex. R. App. P. 47.4.